PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  WARREN,        MELROLANDO              N
       (Last)              (First)           (Initial)

Prisoner Number  V-09970

Institutional Address  KERN VALLEY STATE PRISON DELANO, CA 93216

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELROLANDO WARREN
Full Name of Petitioner

vs.

TONY HEDGPETH (WARDEN)
Name of Respondent
(Warden or jailor)

Case No. CV 08 0754 PJH (PR)
(To be provided by the clerk of court)

E-filing

PETITION FOR A WRIT OF HABEAS CORPUS

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

1

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

   1. What sentence are you challenging in this petition?

      (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

| Alameda county Superior Court | HAYWARD CA. |
|---|---|
| Court | Location |

      (b) Case number, if known  H31401

      (c) Date and terms of sentence  Sept 3, 2003 65 years to life.

      (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes __X__ No ____

| Where? KERN VALLEY STATE PRISON | DELANO, CA 93216. |
|---|---|
| (Name of Institution) | (Address) |

   2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

(1) Kednapping. (2) Rap, Foreign object penetration.

   3. Did you have any of the following?

Arraignment: Yes __X__ No ____   Preliminary Hearing: Yes __X__ No ____

Motion to Suppress: Yes ____ No __X__

4. How did you plead?

Guilty ____   Not Guilty _X_   Nolo Contendere ____

Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

Jury _X_   Judge alone ____   Judge alone on a transcript ____

6. Did you testify at your trial?   Yes ____   No _X_

7. Did you have an attorney at the following proceedings:

(a) Arraignment       Yes ____   No ____
(b) Preliminary hearing   Yes _X_   No _X_
(c) Time of plea      Yes _X_   No ____
(d) Trial             Yes _X_   No ____
(e) Sentencing        Yes _X_   No ____
(f) Appeal            Yes _X_   No ____
(g) Other post-conviction proceeding   Yes ____   No _X_

8. Did you appeal your conviction?   Yes _X_   No ____

(a) If you did, to what court(s) did you appeal?

Court of Appeal       Yes _X_   No ____   AUG 8th 2006    AFFIRMED
                                          (Year)          (Result)

Supreme Court of
California            Yes _X_   No ____   OCT 25, 2006    Denied.
                                          (Year)          (Result)

Any other court       Yes ____   No _X_   _____
                                          (Year)          (Result)

(b) If you appealed, were the grounds the same as those that you are raising in this petition?   Yes _X_   No ____

(c) Was there an opinion?   Yes _X_   No ____

(d) Did you seek permission to file a late appeal under Rule 31(a)?   Yes ____   No _X_

If you did, give the name of the court and the result:

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes _X_   No ____

3

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court __California Court of Appeal First District__

   Type of Proceeding __Habeas Corpus__

   Grounds raised (Be brief but specific):

   a. __Same as raised in this petition.__

   b. _____

   c. _____

   d. _____

   Result __Pending__       Date of Result _____

II. Name of Court __Alameda county superior court.__

   Type of Proceeding __Habeas Corpus__

   Grounds raised (Be brief but specific):

   a. __Same as those raised in this petition.__

   b. _____

   c. _____

   d. _____

   Result __Denial__       Date of Result __Sept 14, 2007__

III. Name of Court _____

   Type of Proceeding _____

   Grounds raised (Be brief but specific):

   a. _____

4

b. _____

c. _____

d. _____

Result _____  Date of Result _____

   (b) Is any petition, appeal or other post-conviction proceeding now pending in any court?  Yes __X__  No ____

Califorina Court of Appeal-First District.
                (Name and location of court)

B. GROUNDS FOR RELIEF

   State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need more space. Answer the same questions for each claim.

   Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. § 2244(b); <u>McCleskey v. Zant</u>, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: **See attached pages.** _____

Supporting Facts: _____

_____

_____

Claim Two: _____

Supporting Facts: _____

_____

_____

Claim Three: _____

_____

Supporting Facts: _____

_____

_____

_____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

_____

_____

_____

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

_____

_____

_____

Do you have an attorney for this petition?   Yes _____   No __X__
If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on _____    _____
              Date                          Signature of Petitioner

(rev. 5/96)

6

CLAIM I.

THE TRIAL COURT ERRED IN DENYING THE DEFENSE BATSON/WHEELER MOTION  Batson v. Kentucky(1986) 476 U.S. 79; 106 S.Ct. 1712

CLAIM II.

THE TRIAL COURT ERRED IN FAILING TO AWARD PRE-SENTENCING CREDITS

CLAIM III.

PETITIONER'S CONVICTION IS UNLAWFUL SINCE NEW EVIDENCE THE JURY NEVER CONSIDERED-MEDICAL RECORDS-SHOWS THE PETITIONER COULD NOT HAVE PERPETRATED THE OFFENSES AS IDENTIFIED, AND CONVICTION VIOLATES HIS 5, 6, 8, RIGHTS GUARANTEED BY U.S. CONSTITUTION Herrera v. Collins(1993) 506 U.S. 390

P.O. Box 921
CSP-CEN, C2-118
Imperial, Calif
92251

08-754
PJH

RECEIVED
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The United States District Court
Northern District Court of California
450 Golden Gate Ave


GENERATED FROM
CENTINELA STATE PRISON


UNITED STATES POSTAGE
02 1A
0004365231
MAILED FROM ZI