Melrolando Warren
CSP-Corocoran, 3A04-140-U
P.O. Box 3461
Corcoran, Ca. 93212
Prisoner ID Number: V-09970

Re:  Case No.  CV 08  0754 PJH (PR)

**FILED**

MAR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk:

    My name is Melrolando Warren and I am currently incarcerated at CSP-Corcoran, in Corcoran, Ca. I sent you a change of address when I first arrived here at this institution. However, I am just now receiving an envelope containing an informa pauperis and file date of January 31, 2008 requiring thirty (30) days to reply.

    I am enclosing a copy of the envelope showing the postmark date of when it arrived at this institution and I am currently pursuing other proofs via the prison legal mail staff to show due diligence on my part.

    Please accept this letter as a request and/or notification that I am awaiting response from the CSP-Corcoran mailroom and inmate trust office to process my request and the request of the court as described in the letter sent to me.

    Thank you for your time and attention in this matter.

Sincerely, Melrolando Warren

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US POSTAGE $01.14
PITNEY BOWES
02 1A
0004329882  FEB 20 2008
MAILED FROM ZIPCODE 94102

COR

Melvolando Warren
V09970

3904-4021

CORCORAN STATE PRISON
PO BOX 8800
CORCORAN CA 93212



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

CORCORAN STATE PRISON

Melandas J. Warren V-09970
CSP Corcoran, SHOY-146
P.O. Box 461
Corcoran, Calif, 93212