Melrolando Warren V-01970
CSP-Corcoran 3(A)-04-140
P.O. Box 3461
Corcoran CA. 93212

Inpropria persona

FILED
APR 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

United States District Court
Northern District of California

Melrolando N Warren,
  Petitioner

vs.

Tommy Felker, Warden,
  Respondent

Case No. CV-08-00-754(PJH)(PR

Request for 30 day extension, to Submit Certificate of Funds, Trust Account Summary due to Prison Official delay

To: The Honorable justice and Deputy clerk Richard W. Wieking, Please Take notice: Petitioner Melrolando N. Warren, hereby, request for a 30 day extension, to submit, a Certificate of

1  funds trust account Summary; The
2  petitioner has made several request,
3  for prison officials to forward a copy
4  of Summary, of petitioner's "Trust"
5  Account; However, due to Lock-down
6  circumstances. prison officials have
7  delayed, forwarding that information
8  A.S.A.P.; petitioner, would urge the
9  court, for this extended time to honor
10 the court's order of 1/31/08, in efforts
11 for petitioner to appear before the court
12 In propria persona.

13 Affiant Sayeth Naught!

18 Respectfully Submitted
21 /s/ Melrodarlo Warren

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:

I am over 18 years of age, and a party to the within action.

My address is: *Melrolando Warren V-09970 CSP Corcoran 3(A) 04-140 P.O. Box 3461 Corcoran CA. 932__*

On *4/20/08*, I served a copy of the attached *Request for 30 day extension to Submit Trust account Summary due to prison delay and lockdown*

On the below-named persons by placing a true copy thereof in envelope addressed as follows, with first class postage thereon fully prepaid, and delivering the sealed envelopes, according to the procedures prescribed for sending legal mail, to the proper institutional official for deposit in the United States mail at Corcoran, in the County of Kings, California.

*United States District Court For Northern District U.S. Courthouse 450 Golden Gate Ave San Francisco CA. 94102-3483*

Executed under penalty of perjury this *20* day of *April*, 200*8*, at Corcoran, California.

*Melrolando Warren*
DECLARANT



Rolando Wilson V-09970
Po-Corcoran 3(A)04-140
P.o. Box3461
Corcoran CA. 93212

confidential
legal mail

CORCORAN STATE PRISON

United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA. 94102-3483