FILED

*[stamp]* 08 JUN 19 PM [illegible]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MELROLANDO WARREN,

　　　　Plaintiff,

vs.

Darrel Adams,

　　　　Defendant.

CASE NO. CV 08 70754 PJH (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MELROLANDO WARREN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.　Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____0____　　Net: ____0____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9          a.     Business, Profession or                    Yes ___ No ✓
10                self employment
11         b.     Income from stocks, bonds,                 Yes ___ No ✓
12                or royalties?
13         c.     Rent payments?                             Yes ___ No ✓
14         d.     Pensions, annuities, or                    Yes ___ No ✓
15                life insurance payments?
16         e.     Federal or State welfare payments,         Yes ___ No ✓
17                Social Security or other govern-
18                ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                                  Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS               - 2 -

|     |     |     |
| --- | --- | --- |
| 1   | b.  | List the persons other than your spouse who are dependent upon you for |
| 2   |     | support and indicate how much you contribute toward their support. (NOTE: |
| 3   |     | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4   |     | THEIR NAMES.). |
| 5   | _____ |
| 6   | _____ |

7. 5. Do you own or are you buying a home? Yes \_\_\_\_ No ✓

8. Estimated Market Value: $_____ Amount of Mortgage: $_____

9. 6. Do you own an automobile? Yes \_\_\_\_ No ✓

10. Make _____ Year _____ Model _____

11. Is it financed? Yes \_\_\_\_\_ No _____ If so, Total due: $_____

12. Monthly Payment: $_____

13. 7. Do you have a bank account? Yes \_\_\_\_ No \_\_\_\_ (Do not include account numbers.)

14. Name(s) and address(es) of bank: _____

15. _____

16. Present balance(s): $_____

17. Do you own any cash? Yes \_\_\_\_ No ✓ Amount: $_____

18. Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19. market value.) Yes \_\_\_\_ No ✓

20. _____

21. 8. What are your monthly expenses?

22. Rent: $_____ Utilities: _____

23. Food: $_____ Clothing: _____

24. Charge Accounts:

25. Name of Account          Monthly Payment          Total Owed on This Acct.

26. _____          $_____          $_____

27. _____          $_____          $_____

28. _____          $_____          $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/12/08                     Meholands Warren
DATE                        SIGNATURE OF APPLICANT

Case Number: CV-08-0754 (PJH)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  MELROLANDO WARREN  for the last six months
[prisoner name]
CSP- Corcoran   where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 54.63  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 72.13 .

Dated: 5/16/08

Angela R. McAnally, Acct II
[Authorized officer of the institution]  CHL

```
REPORT ID: TS3030 .701                                                    REPORT DATE: 05/16/08
                                                                          PAGE NO:       1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  HIGH DESERT STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU MAY 16, 2008

ACCOUNT NUMBER : V09970                          BED/CELL NUMBER:
ACCOUNT NAME   : WARREN, MELROLANDO              ACCOUNT TYPE: T
PRIVILEGE GROUP:

                              TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE   DESCRIPTION       COMMENT       CHECK NUM    DEPOSITS   WITHDRAWALS   BALANCE

11/01/2007       BEGINNING BALANCE                                                     2.78

11/02 FC01  DRAW-FAC 1        2063 C 1ST                                 2.78          0.00
12/03 D554  INMATE PAYROL     11 2393 10                     5.01                      5.01
12/06 FR01  CANTEEN RETUR     702485                                     2.78-         7.79
12/13 W536  COPAY CHARGE      2581 11/05                                 5.00          2.79
12/18 N610  TRANSFER OF T     2678 KVSP    212049308                     2.79          0.00

                              TRUST ACCOUNT SUMMARY

    BEGINNING          TOTAL             TOTAL           CURRENT        HOLDS       TRANSACTIONS
    BALANCE           DEPOSITS         WITHDRAWALS       BALANCE       BALANCE      TO BE POSTED
    ---------         --------         -----------       -------       -------      ------------
      2.78              5.01              7.79             0.00          0.00           0.00

                                                                     CURRENT
                                                                     AVAILABLE
                                                                     BALANCE
                                                                    -----------
                                                                        0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ 5/16/08

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 05/15/08
                                                                                     PAGE NO:        1

                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   CENTINELA STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: NOV. 01, 2007 THRU MAY 15, 2008

ACCOUNT NUMBER  : V09970                            BED/CELL NUMBER:
ACCOUNT NAME    : WARREN, MELROLANDO                ACCOUNT TYPE: T
PRIVILEGE GROUP:

                              TRUST ACCOUNT ACTIVITY

  TRAN
DATE  CODE  DESCRIPTION          COMMENT        CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

11/01/2007   BEGINNING BALANCE                                                          0.00
             ACTIVITY FOR 2008
01/23 D320   TRUST FUNDS T 4271    KVSP                                    2.79         2.79
02/22 W536   COPAY CHARGE  4955M01/24                                                    0.00


                              TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL         TOTAL         CURRENT       HOLDS         TRANSACTIONS
  BALANCE       DEPOSITS      WITHDRAWALS   BALANCE       BALANCE       TO BE POSTED

    0.00         2.79          2.79          0.00          0.00          0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         
                                                           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: [signature]
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

```
REPORT ID: TS3030 .701                                    REPORT DATE: 05/14/08
                                                          PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: NOV. 01, 2007 THRU MAY  14, 2008

ACCOUNT NUMBER : V09970              BED/CELL NUMBER: 3A0200000000122U
ACCOUNT NAME   : WARREN, MELROLANDO  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
    TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -------------- ---------- ---------  ---------  -----------   -------

11/01/2007  BEGINNING BALANCE                                                0.00

    ACTIVITY FOR 2008
02/19 D340 EFT DEPOSIT    2997258765              40.00                     40.00
02/20 D340 EFT DEPOSIT    3021258928              40.00                     80.00
02/22 FC02 DRAW-FAC 2     3055/3A3DR                            80.00        0.00
02/25 D340 EFT DEPOSIT    3078260524              40.00                     40.00
03/10 D340 EFT DEPOSIT    3320268753             200.00                    240.00
03/11 W516 LEGAL COPY CH  3330 03 10                             1.40      238.60
03/17*W509 LIBRARY DUE T  3427 03 12                             0.40      238.20
03/18*FC02 DRAW-FAC 2     3434/3A3DR                           179.00       59.20
03/19 W389 DONATION - YO  3447/KFC4                             51.00        8.20
03/28 FR01 CANTEEN RETUR  703630                               179.00-     187.20
04/02 W536 COPAY CHARGE   3673 03 26                             5.00      182.20
04/17*FC02 DRAW-FAC 2     3956/3A3DR                           180.00        2.20

                              TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE     DEPOSITS   WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
---------   ---------   -----------    ---------    ---------      ------------
   0.00       320.00       317.80         2.20         0.00            0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                          2.20
                                                       ---------
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Angela Bonavropullo_
TRUST OFFICE

Mel Warren V-09970
P.O. Box 3461
CP Corcoran 3A02-122U
Corcoran, Calif 93213

Office of The Clerk U.S District
Northern District of California
450 Golden Gate Ave
San Francisco, California 94102

USA FIRST-CLASS FOREVER