Melrolando Warren K-09970
CSP-Corcoran P.O. Box 8800
Corcoran CA. 93212

Inpropria persona

FILED

08 JUN 25 PM 1:58

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Melrolando Warren
    Petitioner

vs.

Tony Hedgpeth, warden
    Respondent

Case no. CV-08-0754
PJH. (PR)

Notice of motion for case status report, of whether the court is in receipt of copy of Trust Account Summary to proceed Inpropria persona

To: The Honorable Magistrate PJH please take notice! That on June 24, 2008 or soon there after, petitioner may be

2.

1  heard before the Court of the United States
2  District Court, For the Northern District
3  of California US Courthouse 450 Golden
4  Gate Ave San Francisco CA. 94102-3483,
5  on the notice of motion, for Case Status
6  Report of whether the Court is in Receipt
7  of a copy of petitioner's Trust Account
8  Summary, verifying petitioner is
9  indigent and unable to pay the Court
10 fees to proceed on the Federal writ of
11 Habeas Corpus pursuant to 28 USC 2254.
12 Petitioner has been waiting for prison
13 officials of CSP Corcoran, to produce the
14 Trust Account Summary, Sense this
15 Court's last order of 1/31/08. On June 17,
16 2008, prison officials notified petitioner that
17 a copy of petitioner's Trust Account Summary
18 was mailed before this Court. Petitioner
19 would move the Court confirms this
20 information, and order petitioner be
21 allowed to proceed with his Federal
22 writ of Habeas Corpus, per 28 USC 2254.
23 Appeart Sayeth Naught.
24
25                              Respectfully Submitted
26
27 Dated: 6/22/08              Mekolando Warren
28                                      pro Se

2.

# EXHIBIT COVER PAGE

[ A ]

EXHIBIT

Description of this Exhibit: *Declaration of Melralando Warren*

Number of pages to this Exhibit: 2 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

Melrolando Warren Pettis
CSP-Corcoran P.O. Box 8800
Corcoran Ca. 93212

In propria persona

United States District Court
Northern District of California

Melrolando Warren,
  Petitioner

vs.

Tony Hedgpeth, warden,
  Respondent

Case no. CV-08-0754
PJH (PR)

Declarations of Petitioner Melrolando Warren pursuant to 28 USC 1746

I Melrolando Warren, declare the foregoing, that on June 17, 2008, I received notice, from prison officials of CSP-Corcoran State prison. That a Trust account Summary, of my financial status was mailed before this Court, to confirm

-2-

1  that I'm indigent, and not able to
2  pay the Court fees, due. Therefore, I
3  would be entitled to proceed before
4  this Court Impropria persona. As
5  according to this Court's last response
6  of 1/31/08, in which the Court notified
7  me, that I needed to complete the
8  application. In May of 2008, I
9  notified this Court, that I was waiting
10 for prison officials of CSP-Corcoran to
11 forward a copy of that Trust Account
12 Summary. before this Court, So that
13 I could proceed, being heard on my
14 Federal writ of Habeas Corpus, pursuant
15 to 28 USC 2254.

19
20 I declare under a penalty of perjury
21 that the foregoing is true and correct
22 executed this day, of June 22, 2008
23 at CSP-Corcoran

           Rolando Warren
              Declarant

2.

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:

I am over 18 years of age, and a party to the within action.

My address is: Melrolando Warren V-09970
CSP-Corcoran P.O. Box 8800
Corcoran CA. 93212

On 6/22/08, I served a copy of the attached

Notice of motion on whether or not the Court has received a copy of Trust Account Summary

On the below-named persons by placing a true copy thereof in envelope addressed as follows, with first class postage thereon fully prepaid, and delivering the sealed envelopes, according to the procedures prescribed for sending legal mail, to the proper institutional official for deposit in the United States mail at Corcoran, in the County of Kings, California.

United States District Court for the Northern District US Courthouse
450 Golden Gate Ave
San Francisco CA. 94102-3483

Executed under penalty of perjury this 22 day of June, 2008, at Corcoran, California.

Melrolando Warren
DECLARANT

Affidavit of Dwight H Staten
pursuant to 28 USC 1746

I Dwight H Staten, declare the foregoing that on June 22, 2008. I mailed Mr. Melrolando warren's legal documents, before prison officials of CSP-Corcoran P.O. 3461 Corcoran CA. 93212, addressed to this Court US Dist Court For the northern District US Courthouse 450 Golden Gate Ave San Francisco CA. 94102 3483

I declare the foregoing is true and correct, under a penalty of perjury executed on 6/22/08 before CSP-Corcoran

_____
Declarant

Dwight A. Slater D-18498
Corcoran 3(a) 04-249
P.O. Box 3461
Corcoran, CA. 93212

"Confidential
Legal mail"

CORCORAN STATE PRISON

United States District Court
For the Northern District of
California
450 Golden Gate Ave.
San Francisco CA. 94102-3483

Hasler
US POSTAGE
$00.590
Mailed From 93212
06/23/2008
016H12650418S