```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022593
Cashier ID: bucklem
Transaction Date: 08/20/2008
Payer Name: BILL LOCKYER

WRIT OF HABEAS CORPUS
 For: melrolando warren
 Case/Party: D-CAN-3-08-CV-000754-001
 Amount:         $5.00

CHECK
 Check/Money Order Num: 195195567
 Amt Tendered: $5.00

Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

pjh

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
```

8/5/08

Attn: Trust Account
Officer

Goodday! Be advised, I just received a court order, from the US District Court for the Northern District of California criminal case no. <u>C-08-0754-PJH (PR)</u> with regard that I pay the $5.00 dollar court fees within <u>30 days</u>. The order was processed 7/24/08 so I have until 8/24/08, to either show that I'm indigent or if I have any funds on my account I need for you to process forwarding $5.00 to the court A.S.A.P.!

As addressed aforementioned on the Trust account withdrawal order. Thank you! for your urgent assistance

Respectfully Submitted

Melchardo W. Warren

Rolando Warren v-09970
P.O. Box 3036
S.P Corcoran 3A02-1204
Corcoran Calif 93213

CORCORAN STATE PRISON

Office of the Clerk, U.S District Court,
Northern District of California
450 Golden Gate Ave
S. [illegible]



Hasler

016H265O4185
Mailed From 93212
08/18/2008
$00.420
US POSTAGE

