UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELROLANDO WARREN,

        Petitioner,

  vs.

TONY HEDGPETH, Warden,

        Respondent.

                              /

No. C 08-0754 PJH (PR)

**ORDER REGARDING AMENDED PETITION**

      This is a habeas case filed pro se by a state prisoner.  An Alameda County jury convicted petitioner of kidnaping and rape with a foreign object.  The case is presently stayed to allow petitioner to exhaust in state court.

      On October 9, 2008, petitioner filed a "Certificate of Progress" in which he says that he had filed a state petition in superior court.  On November 12, 2008, he filed a "Status Report" in which he says that he is reporting on "the federal <u>constitutional</u> claims, now <u>exhausted</u> before the state court, however, the federal <u>constitutional</u> claims, are still <u>pending</u> before the lower state <u>court</u>."  He refers to an attached exhibit, which is the first page of a state habeas petition filed in Alameda County Superior Court on October 6, 2008.  Although the report is inconsistent in that it says both that the claims are now exhausted and that they are still pending, it seems likely from the dates involved that even if the claims have been ruled upon in superior court, they have not been exhausted through the California Supreme Court.

      Petitioner has also submitted a "Second Amended Petition" and points and authorities in support of it.  They have been noted on the docket as "received" rather than filed because petitioner has not been granted leave to file an amendment.  Petitioner has

not asked leave to file a second amended petition, *see* Fed. R.Civ.P. 15(a)(2), and in any event the stay is still in effect.  The amendment and memorandum will not be filed.  The case may not proceed until the stay is lifted.

Petitioner should note that the second amended petition, which is a copy of an original that appears to have been written in pencil, is illegible in many places.  In his future filings he (1) should use ink if possible, and if that is not possible, be sure that his writing is dark enough to be legible; and (2) should print, rather than using cursive.

**IT IS SO ORDERED.**

Dated:  December 10, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\WARREN754.AMEN-deny.wpd